**Order entered January 31, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00070-CV

## IN RE MEDINET INVESTMENTS, LLC, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07743**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's January 20, 2017 petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     ROBERT M. FILLMORE
         JUSTICE